IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CV-333-BO

VENICE PI, LLC, )
)
                Plaintiff, )
)
v. )
)
)
DOES 1-12, )
)
                Defendants. )

## ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANTS

Plaintiff, Venice PI, LLC, has, by counsel and pursuant to FED.R.CIV.P. 4(m) and 6(b), filed a Second Motion to Extend Time to Serve Defendants. Upon review of the Motion, it appears that the time for Plaintiff to serve Defendants has not expired, and Plaintiff has stated good cause for the extension.

**IT IS THEREFORE ORDERED** that the Second Motion to Extend Time to Serve Defendants is granted and that Plaintiff is granted an additional period of time, to and including April 7, 2018, to serve Defendants, pursuant to FED.R.CIV.P. 4.

This the 24 day of January, 2018.

                                                                Terrence Boyle
                                                                United States District Court