IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:17-CV-333-BO

VENICE PI, LLC )
)
              Plaintiff, )
)
v. )
)
DOES 1-12 )
)
              Defendants. )
)
)

## NOTICE OF VOLUNTARY DISMISSAL OF DOES 1-12

Plaintiff, Venice PI, LLC, by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the Defendants identified as Does 1-12, as listed in Exhibit 2 to the Complaint.

The case no longer remains pending against any Doe.

Dated this 17th day of April, 2018.

                                                  /s/ Kathleen Lynch        .
                                            Kathleen M. Lynch
                                            NC State Bar No. 37429
                                            Lynch Van Sickle, PLLC
                                            201 Shannon Oaks Circle
                                            Suite 200
                                            Cary, NC 27511
                                            Telephone: (919) 469-5685
                                            Email: kml@lynchvansickle.com

                                            *Attorney for Plaintiff*

1

# CERTIFICATE OF SERVICE

I certify that on the 17th of April, 2018 she electronically filed the foregoing "Notice of Dismissal of Does 1-12" with the Clerk of Court using the CM/ECF system which will electronically send notification of such filing to the parties.

/s/ Kathleen M. Lynch
Kathleen Lynch
N.C. Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 469-5685
kml@lynchvansickle.com

*Attorney for Plaintiff*